## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

BETHANY BROWN,

          Plaintiff,                       Case No. 1:18-cv-00708

v.                                      Hon. Robert J. Jonker

M.G.H. FAMILY HEALTH CENTER,
d/b/a MUSKEGON FAMILY CARE,

          Defendant.

_____

| | |
|---|---|
| David M. Blanchard (P67190) | Gregory M. Meihn (P38939) |
| Frances J. Hollander (P82180) | John S. Gilliam (P81421) |
| Blanchard & Walker, PLLC | Foley & Mansfield, P.L.L.P. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 221 N. Main Street, Suite 300 | 130 E. Nine Mile Road |
| Ann Arbor, MI 48104 | Ferndale, MI 48220 |
| Telephone: (734) 929-4313 | (248) 721-4200 |
| blanchard@bwlawonline.com | gmeihn@foleymansfield.com |
| hollander@bwlawonline.com | jgilliam@foleymansfield.com |

_____

### PLAINTIFF'S PRELIMINARY LAY WITNESS LIST

Now Comes Plaintiff, Bethany Brown, by and through her attorneys, Blanchard & Walker, PLLC, to identify lay witnesses that may be called to testify at trial for the above-captioned matter. This preliminary lay witness list is based on information reasonably available to Plaintiff at this time. Plaintiff expressly reserves the right to change, modify, supplement or clarify her preliminary lay witness list herein at any time before trial and in accordance with the Court's orders. Plaintiff's

Preliminary Lay Witness List represents a good faith effort to identify potential witnesses that may be called at trial to support her claims without being served with written discovery responses or relevant documents from Defendant.

1.    Bethany Brown, Plaintiff
c/o Counsel of Record

Information relevant to her own claims, including her job duties, performance evaluations, organizing activity, disciplinary actions and constructive discharge of employment. In addition, Ms. Brown may testify about her damages as a result of Defendant's unlawful actions.

2.    Sheila Bridges
MFC CEO
c/o Counsel of Record

Information relevant to Plaintiff's claims and Defendant's defenses, including Plaintiff's employment, her job duties, her termination, and her communications and interactions with others regarding her employment.

3.    Regina Watkins, LPN
Unknown Address

Information relevant to Plaintiff's claims and Defendant's defenses, including Plaintiff's employment, her job duties, her termination, and her communications and interactions with others regarding her employment.

4.    Amber Shull, PA-C
Unknown Address

Information relevant to Plaintiff's claims and Defendant's defenses, including Plaintiff's employment, her job duties, her termination, and her communications and interactions with others regarding her employment.

5.     Nicole Bradford, PA-C
        Unknown Address

        Information relevant to Plaintiff's claims and Defendant's defenses, including Plaintiff's employment, her job duties, her termination, and her communications and interactions with others regarding her employment.

6.     Dr. Thomas McCurdy
        c/o Counsel of Record

        Information relevant to Plaintiff's claims and Defendant's defenses, including Plaintiff's employment, her job duties, her termination, and her communications and interactions with others regarding her employment.

7.     Tom Lufkin
        Executive Director for MFC
        c/o Counsel of Record

        Information relevant to Plaintiff's claims and Defendant's defenses, including Plaintiff's employment, her job duties, her termination, and her communications and interactions with others regarding her employment.

8.     Emmitt Davis
        HR Director for MFC
        c/o Counsel of Record

        Information relevant to Plaintiff's claims and Defendant's defenses, including Plaintiff's employment, her job duties, her termination, and her communications and interactions with others regarding her employment.

9.     Lisa Santos
        MFC Clinic Manager
        c/o Counsel of Record

        Information relevant to Plaintiff's claims and Defendant's defenses, including Plaintiff's employment, her job duties, her termination, and

her communications and interactions with others regarding her employment.

10.  Cora Russ
     MFC Credentialing Specialist
     c/o Counsel of Record

     Information relevant to Plaintiff's claims and Defendant's defenses, including Plaintiff's employment, her job duties, her termination, and her communications and interactions with others regarding her employment.

11.  Dr. F. Remington Sprague
     Mercy Health Muskegon Chief Medical Director

     Information relevant to Plaintiff's claims and Defendant's defenses, including Plaintiff's employment, her job duties, her termination, and her communications and interactions with others regarding her employment.

12.  Dr. Carlos Merritt
     MFC Medical Director
     c/o Counsel of Record

     Information relevant to Plaintiff's claims and Defendant's defenses, including Plaintiff's employment, her job duties, her termination, and her communications and interactions with others regarding her employment.

13.  Dr. Joan Nagelkirk
     Mercy Health Credentials Chair

     Information relevant to Plaintiff's claims and Defendant's defenses, including Plaintiff's employment, her job duties, her termination, and her communications and interactions with others regarding her employment.

14.  Dr. Robert Hoogstra
     Associate Medical Director, Quality and Safety

Information relevant to Plaintiff's claims and Defendant's defenses, including Plaintiff's employment, her job duties, her termination, and her communications and interactions with others regarding her employment.

15. Anna Gonzales
    Health Resources and Services Administration

    Information relevant to Plaintiff's claims and Defendant's defenses.

16. Julie Hayes
    Health Resources and Services Administration

    Information relevant to Plaintiff's claims and Defendant's defenses.

17. Rick Wilk
    Health Resources and Services Administration

    Information relevant to Plaintiff's claims and Defendant's defenses.

18. Records Custodian
    MGH Family Health Center, Inc. d/b/a Muskegon Family Care
    c/o Counsel of Record

    To authenticate any documents (and potential trial exhibits) produced by the HRSA in response to subpoenas, freedom of information act requests, and discovery responses made in this lawsuit.

19. Records Custodian
    Health Resources and Services Administration

20. Records Custodian
    National Labor Relations Board
    110 Michigan St., NW #299
    Grand Rapids, MI 49503
    (616) 456-2679

    To authenticate any documents (and potential trial exhibits) produced by the HRSA in response to subpoenas, freedom of information act requests, and discovery responses made in this lawsuit.

21.    Records Custodian
      Michigan LARA
      Lansing, MI

      To authenticate any documents (and potential trial exhibits) produced by the HRSA in response to subpoenas, freedom of information act requests, and discovery responses made in this lawsuit.

22.    Records Custodian
      U.S. DHHS
      Office of Inspector General
      330 Independence Ave., SW
      Room 5409
      Washington, DC 20201

      To authenticate any documents (and potential trial exhibits) produced by the HRSA in response to subpoenas, freedom of information act requests, and discovery responses made in this lawsuit.

23.    Records Custodian
      Internal Revenue Service

      To authenticate any documents (and potential trial exhibits) produced by the HRSA in response to subpoenas, freedom of information act requests, and discovery responses made in this lawsuit.

24.    Records Custodian
      Michigan Dept. of Treasury
      Lansing, MI

      To authenticate any documents (and potential trial exhibits) produced by the HRSA in response to subpoenas, freedom of information act requests, and discovery responses made in this lawsuit.

25.    Records Custodian
      Plaintiff's Tax Preparer(s)

      To authenticate any documents (and potential trial exhibits) produced by the HRSA in response to subpoenas, freedom of information act requests, and discovery responses made in this lawsuit.

26.    Records Custodian
       Social Security Administration

       To authenticate any documents (and potential trial exhibits) produced by the HRSA in response to subpoenas, freedom of information act requests, and discovery responses made in this lawsuit.

27.    Any and all officers, managers, supervisors and other employees that have information relevant to Defendant's human resource, payroll, benefits and operational policies, procedures and practices concerning all allegations raised in the Complaint.

28.    Any lay witnesses that would be able to testify about the damages of Plaintiff, as they are disclosed through discovery.

29.    Any witnesses identified on Defendant's Witness List or Defendant's Initial Disclosures.

30.    Any rebuttal or impeachment witnesses, if necessary.

31.    Any foundational witnesses, as necessary.

32.    All employees, agents or representatives of Defendant that have knowledge of the subject matter of this lawsuit.

33.    All individuals who have been referred to in the pleadings of this lawsuit, but have not been specifically identified at this point.

34.    All persons or entities referred to in discovery via depositions, interrogatories, answers to interrogatories, requests and responses to requests for documents and subpoenas.

Plaintiff reserves the right to amend her preliminary lay witness list, as necessary, pursuant to further discovery.

Respectfully submitted,
BLANCHARD & WALKER, PLLC

/s/ David M. Blanchard
David M. Blanchard (P67190)
Frances J. Hollander (P82180)
Attorneys for Plaintiff
221 N. Main Street, Suite 300
Ann Arbor, MI 48104
(734) 929-4313
blanchard@bwlawonline.com
Dated:  November 5, 2018          hollander@bwlawonline.com

## **CERTIFICATE OF SERVICE**

I, herby certify that on November 5, 2018, my paralegal, Natalie Walter, electronically filed the foregoing paper with the Clerk of the Court using the ECF system, whereupon it is electronically served on all counsel of record.

Respectfully submitted,
BLANCHARD & WALKER, PLLC

/s/ David M. Blanchard
David M. Blanchard (P67190)
Frances J. Hollander (P82180)
Attorneys for Plaintiff
221 N. Main Street, Suite 300
Ann Arbor, MI 48104
(734) 929-4313
blanchard@bwlawonline.com
hollander@bwlawonline.com