UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BETHANY BROWN,

    Plaintiff,

v.

M.G.H. FAMILY HEALTH CENTER,
d/b/a MUSKEGON FAMILY CARE,

    Defendant.

Case No. 1:18-cv-00708

Hon. Robert J. Jonker

_____

| | |
|---|---|
| David M. Blanchard (P67190) | Gregory M. Meihn (P38939) |
| Frances J. Hollander (P82180) | John S. Gilliam (P81421) |
| Blanchard & Walker, PLLC | Foley & Mansfield, P.L.L.P. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 221 N. Main Street, Suite 300 | 130 E. Nine Mile Road |
| Ann Arbor, MI 48104 | Ferndale, MI 48220 |
| Telephone: (734) 929-4313 | (248) 721-4200 |
| blanchard@bwlawonline.com | gmeihn@foleymansfield.com |
| hollander@bwlawonline.com | jgilliam@foleymansfield.com |

_____

## STIPULATED ORDER OF DISMISSAL

    Upon the stipulation and agreement of the parties, and the Court being otherwise fully informed;

    IT IS HEREBY ORDERED that the above-captioned matter shall be DISMISSED with prejudice in its entirety and without costs and/or attorney fees assessed against any party.

THIS ORDER DISMISSES THE LAST REMAINING CLAIM AND CLOSES THE CASE.

IT IS SO ORDERED.

Dated:  April 23, 2019    /s/ Robert J. Jonker
Hon. Robert J. Jonker
U.S. District Court

## STIPULATION

The parties, by and through their respective attorneys, stipulate to the entry of this order.

Respectfully submitted,

| Blanchard & Walker, PLLC | Foley & Mansfield |
|---|---|
| /s/ David M. Blanchard | /s/ with consent of Gregory M. Meihn |
| David M. Blanchard (P67190) | Gregory M. Meihn (P38939) |
| Frances J. Hollander (P82180) | John S. Gilliam (P81421) |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 221 N. Main Street, Suite 300 | 130 E. Nine Mile Road |
| Ann Arbor, MI 48104 | Ferndale, MI 48220 |
| Telephone: (734) 929-4313 | gmeihn@foleymansfield.com |
| blanchard@bwlawonline.com | jgilliam@foleymansfield.com |
| hollander@bwlawonline.com | |

Dated:  April 22, 2019